U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 12 2014

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-CR-00344(08)** |
| **VERSUS** | * | **JUDGE FOOTE** |
| **GERALD CORMIER(08)** | * | **MAG. JUDGE HANNA** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, GERALD CORMIER(08), and adjudges him guilty of the offense charged in Count Two of the Superseding Indictment against him.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 12th day of May, 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE